1 David P. Matthews
   TX No. 13206200
2 Jason C. Webster
   TX No. 24033318
3 **MATTHEWS & ASSOCIATES**
   2905 Sackett St.
4 Houston, TX 77098
   (713) 522-5250
5 (713) 535-7184 facsimile
   Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 07-1864 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Emma Allen, et al.,<br><br>                Plaintiffs,<br><br>vs.<br><br>Pfizer Inc., et al.<br>                Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, Angela Amerson, Individually and on behalf of Tommy Amerson, Cynthia Ashley, Individually and on behalf of Odean Blackmon, Roy Britt, Individually and on behalf of Roy Britt, Marcus Card, Individually and on behalf of Annie Card, Luz Santos Carrucini, Individually and on behalf of Amelia Carrucini Martinez, Mary Carson, Individually and on behalf of Peter Carson, Connie Anderson, Individually and on behalf of Etta Crenshaw, Aleta Cromwell, Individually and on behalf of Eric Cromwell, Jeanne Dupuis, Individually and on behalf of Albert Dupuis, Carol Hickey, Individually and on behalf of Lolidabee Hansen, Jennifer Goolsby, Individually and on behalf of Samuel Johnson, Carl Langley, Individually and on behalf of Jennie Langley, Clara Mason, Individually and on behalf

-1-

of Lillie Mason, Pallas Garrett, Individually and on behalf of Patricia McCarty, Linda Kersh, Individually and on behalf of Florence Myers, Frank Myrick, Individually and on behalf of Inell Myrick, Dorothy Burrell, Individually and on behalf of Jannie Neal, Gail Pacifico, Individually and on behalf of Richard Pacifico, Carol Perkins, Individually and on behalf of Michael Perkins, Warren Pigott, Individually and on behalf of Elizabeth Pigott, Kalisa Roark, Individually and on behalf of Michael Roark, Suzanne Siegel, Individually and on behalf of Francis Siegel, Earnestine Webb, Individually and on behalf of Tommie Webb, Cheryl Rhymer, Individually and on behalf of Emba Williams, Gussie Wilson, Individually and on behalf of Willie Wilson, Maureen Yoder, Individually and on behalf of Milan Yoder, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiffs named herein only with each side bearing its own attorneys' fees and costs.

DATED: Jan. 12, 2010      MATTHEWS & ASSOCIATES

By: _____
David P. Matthews
*Attorneys for Plaintiffs*

DATED: Jan. 12, 2010      DLA PIPER LLP (US)

By: _____
Michelle W. Sadowsky
*Attorneys for Defendants*

-2-

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB 17 2010

Hon. Charles R. Breyer,
United States District Court

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE