1  David P. Matthews
   TX No. 13206200
2  Jason C. Webster
   TX No. 24033318
3  Matthews & Associates
   2905 Sackett St.
4  Houston, TX 77098
   (713) 522-5250
5  (713) 535-7184 facsimile
   Attorneys for Plaintiffs

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11

12 | IN RE: BEXTRA AND CELEBREX              ) **Case No. C 07 1864 CRB**
   | MARKETING SALES PRACTICES AND           )
   | PRODUCT LIABILITY LITIGATION            ) **MDL NO. 1699**
13 |                                         ) **District Judge: Charles R. Breyer**
14 |                                         )
   |                                         )
15 | Emma Allen, et al.,                     )
   |                                         ) **STIPULATION AND ORDER OF**
16 |                           Plaintiffs,   ) **DISMISSAL WITH PREJUDICE**
   |                                         )
17 |              vs.                        )
   |                                         )
18 | Pfizer Inc., et al.                     )
   |                           Defendants.   )
19 |                                         )

20
    Come now the Plaintiffs, FREDDIE BURDEN, Individually and on behalf of FAIRY B.
21
    KING, deceased, LUCY JARMON, Individually and on behalf of SUSIE PERKINS-
22
    MADDING, deceased, FERNANDO M. MORALES, Individually and on behalf of MANUELA
23
    M. MORALES, deceased, ADEL PARKER Individually and on behalf of ROBERT PARKER,
24
    deceased, RITA PITTORF, Individually and on behalf of WILLIAM PITTORF, deceased,
25
    ANNA ROBERTS, Individually and on behalf of SUSAN SAVAGE, deceased, ZOYA
26
    RUBINOV Individually and on behalf of YEIRKHAY RUBINOV, deceased, BETTY J. SMITH
27
    Individually and on behalf of ALONZO MYERS, Jr., deceased, LAURA VIAMONTE
28
    Individually and on behalf of JOSE VIAMONTE, deceased, and Defendants, by and through the

undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

DATED: 11/12 , 2009        MATTHEWS & ASSOCIATES

By: _____
David P. Matthews
Attorneys for Plaintiffs

DATED: February 4, 2010    DLA PIPER LLP (US)

By: _____
Michelle W. Sadowsky
Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: April 5, 2010

_____
Hon. Charles R. Breyer
United States District Court

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**